UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARTIN CENSOR | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:11-cv-597(JCH) |
| | : | |
| ASC TECHNOLOGIES OF CONN. | : | APRIL 18, 2011 |
|     Defendant. | : | |

### ORDER OF TRANSFER

The Honorable Janet C. Hall hereby transfers the above-identified case to the docket of **THE HONORABLE VANESSA L. BRYANT** for all purposes.

All future pleadings and filings in this case shall be filed with the Clerk's Office in **Hartford, Connecticut,** and bear docket number **3:11-cv-597(VLB)**. Pleadings or documents related to this action and filed in any other seat of Court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a).]

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 18th day of April, 2011.

    /s/ Janet C. Hall
Janet C. Hall
United States District Judge