UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MARTIN CENSOR,

    Plaintiff

VS.

ASC TECHNOLOGIES OF CONNECTICUT, LLC, LILLIAN SHAPIRO, THOMAS CECONI, HR 360, INC., and JOHN DOES and JANE DOES

    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CIVIL ACTION NO.
3:11-CV-00597 (VB)

MAY 19, 2010

## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for **THE DEFENDANTS, ASC TECHNOLOGIES OF CONNECTICUT, LLC, LILLIAN SHAPIRO, THOMAS CECONI and HR 360, INC.**

May 19, 2011
Date

/s/ _____
LEWIS S. LERMAN
BAI, POLLOCK, BLUEWEISS
  & MULCAHEY, P.C.
ONE CORPORATE DR.
SHELTON, CT  06484
(203) 925-8100
#CT-05500

## CERTIFICATION

This is to certify that a copy of the foregoing has been filed with the Court via the electronic court filing system (ECF) on May 19, 2011. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Mordchai Krausz, Esq.
Koven & Krausz
358 Fifth Ave., Suite 301
New York, NY 10001
212-736-7432
mkrauszesq@aol.com

Michael J. Cicero, Esq.
Perry, Krumsiek & Jack, LLP
1000 Potomac Street, NW
5th Floor
Washington, DC 20007
mcicero@pkjlaw.com

_____
Lewis S. Lerman