## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Court via the electronic court filing system (ECF) on July 27, 2011. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. This document is:

1. Plaintiff's Reply Memorandum of Law, (In Reply to Defendants' Memoranda of Law) In further Support of Denial of Defendants' Second Dismissal Motion, and in Further Support of Plaintiff's Cross Motion for Partial Summary Judgment, Accounting Hearing, and Dismissal of Defendant's Counterclaim (s) and Affirmative Defenses;

To: Michael J. Cicero, Esq.
Perry, Krumsiek & Jack, LLP
1000 Potomac Street, NW, 5TH Floor
Washington, DC 20007
mcicero@pkjlaw.com

Lewis S. Lerman
Bai, Pollock, Bluweiss & Mulcahey, P.C.
Two Corporate Drive, Suite 950
Shelton, CT 06484
lerman@baipollock.com

/s/ Stephen Dickerman
Stephen Dickerman

Krausz(gen)/Certificate of Service -- SD (7.27.11)