## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing has been filed with the Court via the electronic court filing system (ECF) on August 16, 2011. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. This document is:

1. Plaintiff's Opposition Memorandum of Law, with regard to Defendants' Motion. To Strike Portions of Plaintiff's Reply Memorandum of Law.

To: Michael J. Cicero, Esq.
Perry, Krumsiek & Jack, LLP
1000 Potomac Street, NW, 5TH Floor
Washington, DC 20007
mcicero@pkjlaw.com

Lewis S. Lerman
Bai, Pollock, Bluweiss & Mulcahey, P.C.
Two Corporate Drive, Suite 950
Shelton, CT 06484
lerman@baipollock.com

/s/ Stephen Dickerman
Stephen Dickerman

Krausz(gen)/Certificate of Service – SD (8.16.11)